NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GABRIELLE AYALA, as legal guardian for )
GERNON NEWSOME, )
 )
      Appellant, )
 )
v. )     Case No. 2D19-3693
 )
FLORIDA HOLDINGS III, LLC, 3865 )
TAMPA ROAD LLC, d/b/a WEST BAY OF )
TAMPA; and MAYA PEREZ, )
 )
      Appellees. )
_____)

Opinion filed September 9, 2020.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Amy M. Williams, Judge.

Nicole M. Ziegler, Matthew D. Emerson
and Wesley T. Straw of Emerson Straw,
PL, St. Petersburg, for Appellant.

Thomas A. Valdez of Quintairos, Prieto,
Wood & Boyer, P.A., Tampa, for
Appellees.

PER CURIAM.

      Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.